UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT O'SULLIVAN,
    Plaintiff

V.

VIRCO, INC., RYDER TRUCK RENTAL,
INC., AS TRUSTEE OF RYDER TRUCK
RENTAL LT., and BOBBY E. MCKUNN
    Defendants

CIVIL ACTION
NO. 05-CV-10863-GAO

## PLAINTIFF, ROBERT O'SULLIVAN'S, RULE 26(a)(1) AND LOCAL RULE 26.2(A) INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and U.S. District Court Local Rule 26.2(A), Plaintiff, Robert O'Sullivan, makes the following initial disclosures:

A.    Individuals likely to have Discoverable Information

Subject Matter
The following individuals were present and/or involved in a motor vehicle accident on Interstate 40 East-bound, at or near Mile Marker 18 in the State of Tennessee on March 15, 2003.

1. Robert L. O'Sullivan, 7 Winona Way, Hingham, MA 02043;

2. Bonnie A. Vincent, 1457 Sunfish Bee Spring, Bee Spring, KY 42207, (270) 286-9481;

3. Richard Vincent, 1457 Sunfish Bee Spring, Bee Spring, KY 42207, (270) 286-9481;

4. Bobby E. McKunn, 1441 E. Branch, Morrilton, AR 72110, (501) 354-5300;

5. Trooper Michael Bolton, Tennessee State Police.

Medical Treatment:
The following medical doctors/facilities treated and/or examined Plaintiff, Robert O'Sullivan, for injuries sustained in the above-referenced accident.

1. South Shore Medical Center/Dr. Gregory Smith/Dr. Charles Chalko, 75 Washington Street, Norwell, MA 02061, (781) 878-5200;

2.  New England Baptist Hospital/Dr. Issac Cohen, 125 Parker Hill Avenue, Boston, MA 02120, (617) 754-5236;

3.  Methodist Hospital, 1300 Memphis, TN 38116, (901) 346-3711;

4.  South Suburban Neurosurgical Associates, Inc./Dr. Steven F. Will, 780 Main Street, S. Weymouth, MA 02190, (781) 331-0250;

5.  Weymouth MRI Diagnostic Center, 420 Libbey Parkway, Weymouth, MA, (781) 331-9880;

6.  Dr. Richard E. Greenberg, 37 Brentwood Drive, N. Easton, MA 02356, (508) 238-4098;

7.  South Shore Hospital, 55 Fogg Road, S. Weymouth, MA 02190, (781) 340-8000;

8.  South Shore Neurology Associates, Inc., 851 Main Street, Suite 11, S. Weymouth, MA 02190, (781) 331-4923;

9.  Dr. Steven Sewall, 65 Fremont Street, Marlborough, MA 01752, (508) 485-3665;

10. Joseph M. Kelly, M.S.P.T., Inc., 88 Lakeshore Dr., Duxbury, MA 02332, (781) 740-2289; and,

11. Shields MRI/South Shore Regional MRI Center, Weymouth, MA, (800) 258-4674.

<u>Ownership:</u>
The following entities leased and/or owned the subject vehicles involved in the above-referenced accident.

1.  Virco, Inc., 2027 Harpers Way, Torrance, CA 90501;

2.  Ryder Truck Rental, Inc., 3600 N.W. 82nd Avenue, Miami, FL 33166;

3.  SST Leasing Corp., 112 Fulton Street, Suite 6A, Boston, MA 02109; and,

4.  Bonnie and Richard Vincent, 1457 Sunfish Bee Spring, Bee Spring, KY 42207.

B. **Documents that are in the Possession, Custody, or Control of Plaintiff, Robert O'Sullivan and that it May Use to Support his Claims or Defenses**

1. Tennessee Uniform Traffic Crash Report dated 03/15/03 detailing the subject accident;
2. Plaintiff's medical records from the following:

    a. South Shore Medical Center/Dr. Gregory Smith/Dr. Charles Chalko, 75 Washington Street, Norwell, MA 02061;
    b. New England Baptist Hospital/Dr. Issac Cohen, 125 Parker Hill Avenue, Boston, MA 02120;
    c. Methodist Hospital, 1300 Memphis, TN 38116;
    d. South Suburban Neurosurgical Associates, Inc./Dr. Steven F. Will, 780 Main Street, S. Weymouth, MA 02190;
    e. Weymouth MRI Diagnostic Center, 420 Libbey Parkway, Weymouth, MA;
    f. Dr. Richard E. Greenberg, 37 Brentwood Drive, N. Easton, MA 02356;
    g. South Shore Hospital, 55 Fogg Road, S. Weymouth, MA 02190;
    h. South Shore Neurology Associates, Inc., 851 Main Street, Suite 11, S. Weymouth, MA 02190;
    i. Joseph M. Kelly, M.S.P.T., Inc., 88 Lakeshore Dr., Duxbury, MA 02332; and,
    j. Shields MRI/South Shore Regional MRI Center, Weymouth, MA.

3. Seven (7) colored photographs taken of Plaintiff's vehicle and accident scene;
4. Earnings sheet from Boston Truck Co., Inc. detailing Plaintiff's earnings in 2002 and 2003.

C. **Computation of Damages**

- Medical Bills:   $45,587.56
- Lost wages:   $49,434.08

Total:   $95,021.64

The plaintiff expressly reserves his right to seasonably supplement this section, as discovery is ongoing.

D. **Insurance Agreement**

Not applicable.

Respectfully Submitted,
The plaintiff,
Robert O'Sullivan,
By his attorney,

Scott D. Peterson
BBO No.: 548596
HEALY & HEALY, P.C.
15 Walnut Street, Suite 400
Wellesley Hills, MA 02481
(781) 431-0040 x202

Dated: JULY 19, 2005

7241\Local Rule 26.2(A) Initial Disclosures

4

## CERTIFICATE OF SERVICE

I, Scott D. Peterson, hereby certify that a true copy of the above-named document was this date served upon the following:

Clark W. Yudysky, Esq.
Toomey & Yudysky, LLP
99 Summer Street
Boston, MA 02110

_____
Scott D. Peterson

DATED: July 18, 2005