UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT O'SULLIVAN,<br>    Plaintiff<br><br>VS.<br><br>VIRCO, INC., RYDER TRUCK RENTAL,<br>INC., AS TRUSTEE OF RYDER TRUCK<br>RENTAL LT., and BOBBY E. MCKUNN<br>    Defendants | )<br>)<br>)<br>)  CIVIL ACTION<br>)  NO. 05-CV-10863-GAO<br>)<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT BY DEFENDANT, VIRCO, INC.**

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, Defendant, Virco, Inc. submits the following as its Corporate Disclosure Statement:

1. The filing party, a non-governmental corporate party, identifies the following parent corporation that owns 10% or more of the party's stock: Virco Mfg. Corporation.

2. The filing party, a non-governmental corporate party, identifies the following publicly held company that owns 10% or more of the party's stock: Virco Mfg. Corporation.

> Respectfully Submitted,
> The Defendant,
> Virco, Inc.,
> By its Attorney,
>
> _____
> Clark W. Yudysky, BBO # 538210
> TOOMEY & YUDYSKY LLP
> 99 Summer Street
> Boston, MA 02110
> (617) 946-0930

Date: 7/27/05

## CERTIFICATE OF SERVICE

    I, Clark W. Yudysky, counsel for the defendant, Virco, Inc., do hereby certify that I served a copy of the foregoing **CORPORATE DISCLOSURE STATEMENT BY DEFENDANT, VIRCO, INC.,** on all parties to this action by mailing a copy of same, postage prepaid, to them or their counsel of record:

                  Scott D. Peterson, Esquire
                  HEALY & HEALY, P.C.
                  15 Walnut Street, Suite 400
                  Wellesley Hills, MA 02481

Date: 7/27/05                   Attorney: _____

bmd  63116.1  7/27/05