UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT O'SULLIVAN, )
    Plaintiff )
  )
VS. ) CIVIL ACTION
  ) NO. 05-CV-10863-GAO
VIRCO, INC., RYDER TRUCK RENTAL, )
INC., AS TRUSTEE OF RYDER TRUCK )
RENTAL LT., and BOBBY E. MCKUNN )
    Defendants )

## JOINT STATEMENT

Pursuant to Local Rule 16.1 of the United States District Court for the District of Massachusetts, the parties hereby propose the following agenda for the Scheduling Conference and Joint Discovery Plan and schedule for filing motions:

I.    PROPOSED AGENDA FOR SCHEDULING CONFERENCE

    1.    The parties' proposed Joint Discovery Plan and Schedule for dispositive motions.

    2.    The parties do not consent to trial by Magistrate Judge.

II.    PROPOSED JOINT DISCOVERY PLAN AND SCHEDULE FOR DISPOSITIVE MOTIONS

    A.    October 14, 2005: The Defendants shall make initial disclosures pursuant to Rule 26 on or before this date;

    B.    December 31, 2005: Plaintiff shall provide Defendants with a written settlement demand;

    C.    January 30, 2006: All motions to amend the pleadings shall be filed on or before this date;

    D.    March 15, 2006: All Rule 12 motions to dismiss shall be filed on or before this date;

E. August 14, 2006: All discovery, including depositions of non-expert witnesses shall be completed on or before this date;

F. October 14, 2006: The Plaintiff shall provide expert witness disclosures, if any, in accordance with Fed.R.Civ.P. 26(a)(2) on or before this date;

G. December 1, 2006: The Defendants shall provide expert witness disclosures, if any, in accordance with Fed.R.Civ.P. 26(a)(2) on or before this date;

H. January 1, 2007: Expert witness depositions, if any, shall commence;

I. January 31, 2007: Close of discovery;

J. April 1, 2007: Dispositive motions to be filed, with oppositions to be filed by April 30, 2007; and

K. June 1, 2007: Final Pre-trial Conference and Trial Date to be set by the Court.

III. CERTIFICIATION BY COUNSEL:

All parties will consider ADR at an appropriate future time and will file certifications pursuant to Local Rule 16.3 (D)(3) on or before October 14, 2005.

Respectfully Submitted,
The Plaintiff,
Robert O'Sullivan,
By his Attorney,

_Scott D. Peterson (cwy)_
Scott D. Peterson, BBO# 548596
HEALY & HEALY, P.C.
15 Walnut Street, Suite 400
Wellesley Hills, MA 02481
(781) 431-0040

Date: 9/13/05

Respectfully Submitted,
The Defendants,
Virco, Inc., Ryder Truck Rental, Inc.,
As Trustee of Ryder Truck Rental Lt.
and Bobby E. McKunn,
By their Attorney,

_[signature]_
Clark W. Yudysky, BBO # 538210
TOOMEY & YUDYSKY LLP
99 Summer Street
Boston, MA 02110
(617) 946-0930

2

## CERTIFICATE OF SERVICE

I, Clark W. Yudysky, counsel for the defendants, Virco, Inc., Ryder Truck Rental, Inc., As Trustee of Ryder Truck Rental Lt. and Bobby E. McKunn, do hereby certify that I served a copy of the foregoing **JOINT STATEMENT,** on all parties to this action by mailing a copy of same, postage prepaid, to them or their counsel of record:

> Scott D. Peterson, Esquire
> HEALY & HEALY, P.C.
> 15 Walnut Street, Suite 400
> Wellesley Hills, MA 02481

Date: 9/13/05           Attorney: _____

bmd 65294.1  9/13/05

3