**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ROBERT O'SULLIVAN,        )<br>    Plaintiff        )<br>        )<br>VS.        )<br>        )<br>VIRCO, INC., RYDER TRUCK RENTAL,        )<br>INC., AS TRUSTEE OF RYDER TRUCK        )<br>RENTAL LT., and BOBBY E. MCKUNN        )<br>    Defendants        ) | CIVIL ACTION<br>NO. 05-CV-10863-GAO |

## DEFENDANTS, VIRCO, INC., RYDER TRUCK RENTAL, INC., AS TRUSTEE OF RYDER TRUCK RENTAL LT. AND BOBBY E. MCKUNN'S MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT

The Defendants, Virco, Inc., Ryder Truck Rental, Inc., As Trustee of Ryder Truck Rental Lt. and Bobby E. McKunn (hereinafter referred to as "Defendants"), hereby move, pursuant to Fed.R.Civ.P. 12(b)(6), to dismiss the Plaintiff's Complaint on the grounds that it fails to state a claim upon which relief may be granted. Specifically, the Defendants submit that Plaintiff's Complaint is barred by the provisions of the applicable Tennessee statute of limitations. In support hereof, the Defendants respectfully refer this Honorable Court to its Memorandum in Support of Defendants' Motion to Dismiss the Plaintiff's Complaint, which is filed herewith and incorporated herein by reference.

WHEREFORE, the Defendants, Virco, Inc., Ryder Truck Rental, Inc., As Trustee of Ryder Truck Rental Lt. and Bobby E. McKunn, respectfully request this Honorable Court to dismiss the Plaintiff's Complaint with prejudice.

## REQUEST FOR ARUGMENT

The Defendants, Virco, Inc., Ryder Truck Rental, Inc., As Trustee of Ryder Truck Rental Lt. and Bobby E. McKunn hereby request a hearing on their Motion to Dismiss and state that thirty (30) minutes is sufficient time for all parties to be heard.

        Respectfully Submitted,
        The Defendants,
        Virco, Inc., Ryder Truck Rental, Inc.,
        As Trustee of Ryder Truck Rental Lt.
        and Bobby E. McKunn
        By their Attorney,

        /s/ Clark W. Yudysky
        Clark W. Yudysky, BBO # 538210
        TOOMEY & YUDYSKY LLP
        99 Summer Street
        Boston, MA  02110
        (617) 946-0930

Date: March 14, 2006

## CERTIFICATE OF SERVICE

  I, Clark W. Yudysky, counsel for the Defendants, Virco, Inc., Ryder Truck Rental, Inc., As Trustee of Ryder Truck Rental Lt. and Bobby E. McKunn do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Date: March 14, 2006      Attorney: /s/ Clark W. Yudysky

bmd   70438.1   3/9/06