UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT O'SULLIVAN,<br>    Plaintiff<br><br>VS.<br><br>VIRCO, INC., RYDER TRUCK RENTAL,<br>INC., AS TRUSTEE OF RYDER TRUCK<br>RENTAL LT., and BOBBY E. MCKUNN<br>    Defendants | )<br>)<br>)<br>)   CIVIL ACTION<br>)   NO. 05-CV-10863-GAO<br>)<br>)<br>)<br>) |

**OPPOSITION OF THE PLAINTIFF, ROBERT O'SULLIVAN, TO DEFENDANTS, VIRCO, INC., RYDER TRUCK RENTAL, INC., AS TRUSTEE OF RYDER TRUCK RENTAL LT. AND BOBBY E. MCKUNN'S MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT**

The defendants, Virco, Inc., Ryder Truck Rental, Inc., and Bobby E. McKunn (collectively "defendants"), have moved to dismiss the Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6). Simply stated, the defendants assert that the plaintiff, Robert O'Sullivan's ("plaintiff") tort action, filed within Massachusetts' three-year statute of limitations, is nonetheless time-barred by virtue of Tennessee's one-year statute of limitations.

The plaintiff respectfully **opposes** the defendants' motion. In short, the plaintiff asserts that this Court, in this diversity action, should apply Massachusetts' three-year statute of limitations, not Tennessee's one-year limitations period, because: (1) Massachusetts has a "substantial interest" in permitting the plaintiff's negligence claims to go forward; and (2) Massachusetts, not Tennessee, has "a more significant relationship" to the parties and the negligence claims.

In support of his Opposition, the plaintiff respectfully refers this Honorable Court to its Memorandum in Support of Plaintiff's Opposition, as well as the Affidavit of the Plaintiff, Robert O'Sullivan, which are filed herewith and incorporated by reference.

WHEREFORE, the plaintiff, Robert O'Sullivan, respectfully requests that the defendants' Motion to Dismiss be **denied**, that this Court apply Massachusetts' limitations period, and that the plaintiff's negligence claims be decided on their merits.

> Respectfully Submitted,
> The Plaintiff,
> Robert O'Sullivan
> By his Attorney,
>
> /s/ Scott D. Peterson
> Scott D. Peterson, BBO # 548596
> HEALY & HEALY, P.C.
> 15 Walnut Street
> Wellesley Hills, MA  02481
> (781) 431-0040 x202

Date: April 26, 2006

## CERTIFICATE OF SERVICE

I, Scott D. Peterson, counsel for the Plaintiff, Robert O'Sullivan, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Date: April 26, 2006                    Attorney: Scott D. Peterson