UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT O'SULLIVAN,<br>    Plaintiff<br><br>VS.<br><br>VIRCO, INC., RYDER TRUCK RENTAL,<br>INC., AS TRUSTEE OF RYDER TRUCK<br>RENTAL LT., and BOBBY E. MCKUNN<br>    Defendants | )<br>)<br>)<br>)   CIVIL ACTION<br>)   NO. 05-CV-10863-GAO<br>)<br>)<br>)<br>) |

## JOINT MOTION TO MODIFY THE SCHEDULING ORDER

Pursuant to Local Rule 16.1 of the United States District Court for the District of Massachusetts, the parties hereby move to amend the Scheduling Order in this case entered on September 14, 2005 by enlarging the time for completion of discovery ninety (90) days, to and including November 14, 2006 and amending all subsequent deadlines accordingly. As grounds therefore, the parties state the following:

1. On or about March 14, 2006, the Defendants, Virco, Inc., Ryder Truck Rental, Inc., As Trustee of Ryder Truck Rental Lt. and Bobby E. McKunn filed a Motion to Dismiss the Plaintiff's Complaint based *inter alia*, on statute of limitations grounds. On or about April 26, 2006, pursuant to an extension of time, the Plaintiff filed his Opposition to Defendants' Motion to Dismiss.

2. On or about June 7, 2006, the Court entered its Memorandum and Order on Defendants' Motion to Dismiss denying said Motion.

3. During the pendency of the Defendants' Motion to Dismiss, the parties agreed to stay discovery between them pending the Court's decision on Defendants Motion to Dismiss.

Thereafter, the parties have diligently been proceeding with discovery in this case including the exchange of written discovery.

4. In addition, the parties have noticed and scheduled various depositions in this case including depositions of the Plaintiff, Robert O'Sullivan and Defendant, Bobby E. McKuin. Furthermore, the parties have scheduled certain depositions requiring out of state travel and coordination between witnesses and counsel.

5. Furthermore, the parties anticipate additional out-of-state depositions and in-state depositions in this case.

6. Accordingly, the parties respectfully request a ninety (90) day enlargement of time from August 14, 2006 to November 14, 2006 for the completion of all non-expert discovery.

7. Finally, the parties respectfully request that all subsequent deadlines be enlarged by ninety (90) days as follows:

    a. January 14, 2007: The Plaintiff shall provide expert witness disclosures, if any, in accordance with Fed.R.Civ.P. 26(a)(2) on or before this date;

    b. March 1, 2007: The Defendant shall provide expert witness disclosures, if any, in accordance with Fed.R.Civ.P. 26(a)(2) on or before this date;

    c. April 1, 2007: Expert witness depositions, if any, shall commence;

    d. April 30, 2007: Close of discovery;

    e. July 1, 2007: Dispositive motions to be filed, with oppositions to be filed by July 31, 2007; and,

    f. September 1, 2007: Final Pre-trial Conference and Trial to be set by the Court.

8.     The parties submit that this is their first request for an amendment of the Scheduling Order.

     WHEREFORE, the Plaintiff, Robert O'Sullivan and the Defendants, Virco, Inc., Ryder Truck Rental, Inc., As Trustee of Ryder Truck Rental Lt. and Bobby E. McKuin, respectfully request that the Court modify the Scheduling Order entered September 14, 2005 by enlarging the time for completion of non-expert discovery (90) days, to and including November 14, 2006 and modifying all subsequent deadlines accordingly (as specifically outlined above).

| | |
|---|---|
| Respectfully Submitted,<br>The Plaintiff,<br>Robert O'Sullivan,<br>By his Attorney, | Respectfully Submitted,<br>The Defendants,<br>Virco, Inc., Ryder Truck Rental, Inc.<br>As Trustee of Ryder Truck Rental<br>Lt. and Bobby E. McKunn,<br>By their Attorney, |
| /s/  Scott D. Peterson<br>Scott D. Peterson, BBO# 548596<br>HEALY & HEALY, P.C.<br>15 Walnut Street, Suite 400<br>Wellesley Hills, MA 02481<br>(781) 431-0040 | /s/  Clark W. Yudysky<br>Clark W. Yudysky, BBO # 538210<br>TOOMEY & YUDYSKY LLP<br>99 Summer Street<br>Boston, MA  02110<br>(617) 946-0930 |

Date: July 27, 2006

**CERTIFICATE OF SERVICE**

     I, Clark W. Yudysky, counsel for the defendants, Virco, Inc., Ryder Truck Rental, Inc., As Trustee of Ryder Truck Rental Lt. and Bobby E. McKunn, do hereby certify that I served a copy of the foregoing **JOINT MOTION TO MODIFY THE SCHEDULING ORDER,** on all parties to this action by mailing a copy of same, postage prepaid, to them or their counsel of record:

                          Scott D. Peterson, Esquire
                          HEALY & HEALY, P.C.
                        15 Walnut Street, Suite 400
                        Wellesley Hills, MA 02481

Date: <u>July 27, 2006</u>            Attorney: <u>/s/ Clark W. Yudysky</u>

bmd  74450.1  7/27/06