**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ROBERT O'SULLIVAN,<br>Plaintiff<br><br>VS.<br><br>VIRCO, INC., RYDER TRUCK RENTAL, INC., AS TRUSTEE OF RYDER TRUCK RENTAL LT., and BOBBY E. MCKUNN<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br>NO. 05-CV-10863-GAO |

**DEFENDANTS' MOTION TO CONTINUE STATUS CONFERENCE (ASSENTED TO)**

The defendants, Virco, Inc., Ryder Truck Rental, Inc., As Trustee of Ryder Truck Rental Lt. and Bobby E. McKunn, hereby move to continue the status conference in this matter scheduled for January 4, 2007 at 2:00 p.m. for one week, to January 12, 2007 at 2:00 p.m. As grounds therefore, the defendants state the following:

1. This diversity case arises out a motor vehicle incident which occurred outside of Memphis, Tennessee on or about March 15, 2003.

2. The parties appeared before the Court for a status conference in September, 2006. At that time, the Court scheduled a further status conference for January 4, 2007.

3. Counsel for the defendants has a family medical emergency (surgery) which requires his immediate attention all week.

4. As a result, the defendants respectfully request that the status conference scheduled for January 4, 2007 be continued one week to January 12, 2007 at 2:00 p.m.

5. Counsel for the plaintiff has assented to said motion.

WHEREFORE, the defendants, Virco, Inc., Ryder Truck Rental, Inc., As Trustee of Ryder Truck Rental Lt. and Bobby E. McKunn respectfully request that the status conference in this matter be continued from January 4, 2007 to January 12, 2007 at 2:00 p.m.

**Assented to:**

Respectfully Submitted,
The Plaintiff,
Robert O'Sullivan,
By his Attorney,

/s/ Scott D. Peterson
Scott D. Peterson, BBO# 548596
HEALY & HEALY, P.C.
15 Walnut Street, Suite 400
Wellesley Hills, MA 02481
(781) 431-0040

Respectfully Submitted,
The Defendants,
Virco, Inc., Ryder Truck Rental, Inc.
As Trustee of Ryder Truck Rental
Lt. and Bobby E. McKunn,
By their Attorney,

/s/ Clark W. Yudysky
Clark W. Yudysky, BBO # 538210
TOOMEY & YUDYSKY LLP
99 Summer Street
Boston, MA 02110
(617) 946-0930

Date: January 3, 2007

**CERTIFICATE OF SERVICE**

I, Clark W. Yudysky, counsel for the defendants, Virco, Inc., Ryder Truck Rental, Inc., As Trustee of Ryder Truck Rental Lt. and Bobby E. McKunn, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 3, 2007.

Scott D. Peterson, Esquire
HEALY & HEALY, P.C.
15 Walnut Street, Suite 400
Wellesley Hills, MA 02481

Date: January 3, 2007 Attorney: /s/ Clark W. Yudysky

bmd 78480.1 1/3/07