UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT O'SULLIVAN,<br>    Plaintiff<br><br>VS.<br><br>VIRCO, INC., RYDER TRUCK RENTAL,<br>INC., AS TRUSTEE OF RYDER TRUCK<br>RENTAL LT., and BOBBY E. MCKUNN<br>    Defendants | )<br>)<br>)<br>)  CIVIL ACTION<br>)  NO. 05-CV-10863-GAO<br>)<br>)<br>)<br>) |

## JOINT MOTION TO MODIFY THE SCHEDULING ORDER

Pursuant to Local Rule 16.1 of the United States District Court for the District of Massachusetts, the parties hereby move to amend the Scheduling Order in this case entered on September 14, 2005, as amended, by enlarging the time for completion of discovery one hundred twenty (120) days, to and including March 14, 2006 and amending all subsequent deadlines accordingly. As grounds therefore, the parties state the following:

1. The parties have been diligently proceeding with discovery in this case including the exchange of written discovery and depositions.

2. The parties have noticed and concluded various out-of-state depositions in this case including depositions of the Defendant, Bobby E. McKuin (Conway, Arkansas) and Trooper Michael Bolton (Memphis, Tennessee).

3. Furthermore, the parties have had difficulty scheduling certain depositions requiring out of state travel and coordination between witnesses and counsel.

4. As a result, the out-of-state depositions of Sergeant Sadie Chatman (Memphis, Tennessee) and witnesses, Bonnie Vincent and Richard Vincent (Bowling Green, Kentucky) were recently conducted on December 18 and 19, 2006.

5.   Furthermore, the parties anticipate additional out-of-state and in-state depositions in this case, including Virco, Inc. (Arkansas and/or California).

6.   Finally, as discussed with the Court at the September 27, 2006 status conference, the Plaintiff, Robert O'Sullivan has filed a separate state medical malpractice action (*Robert O'Sullivan v. Steven Will, M.D., et al.*) which is pending in Plymouth Superior Court (Massachusetts). In said action, on information and belief, no discovery has taken place and the Defendants have requested that a medical malpractice tribunal be convened. The Defendants submit that said action may be related to Plaintiff's claimed damages in this case. The Defendants intend to conduct the deposition of Steven Will, M.D. as Plaintiff's expert or otherwise.

7.   Accordingly, the parties respectfully request a one hundred twenty (120) day enlargement of time from November 14, 2006 to March 14, 2007 for the completion of all non-expert discovery.

8.   Finally, the parties respectfully request that all subsequent deadlines be enlarged by one hundred twenty (120) days as follows:

   a.   May 14, 2007: The Plaintiff shall provide expert witness disclosures, if any, in accordance with Fed.R.Civ.P. 26(a)(2) on or before this date;

   b.   July 1, 2007: The Defendant shall provide expert witness disclosures, if any, in accordance with Fed.R.Civ.P. 26(a)(2) on or before this date;

   c.   August 1, 2007: Expert witness depositions, if any, shall commence;

   d.   September 30, 2007: Close of discovery;

   e.   December 1, 2007: Dispositive motions to be filed, with oppositions to be filed by December 31, 2007; and,

      f.      February 1, 2008: Final Pre-trial Conference and Trial to be set by the Court.

9.      The parties submit that this is their second request for an amendment of the Scheduling Order.

WHEREFORE, the Plaintiff, Robert O'Sullivan and the Defendants, Virco, Inc., Ryder Truck Rental, Inc., As Trustee of Ryder Truck Rental Lt. and Bobby E. McKuin, respectfully request that the Court modify the Scheduling Order entered September 14, 2005, as amended, by enlarging the time for completion of non-expert discovery (120) days, to and including March 14, 2007 and modifying all subsequent deadlines accordingly (as specifically outlined above).

| | |
|---|---|
| Respectfully Submitted,<br>The Plaintiff,<br>Robert O'Sullivan,<br>By his Attorney,<br><br>_/s/ Scott D. Peterson_<br>Scott D. Peterson, BBO# 548596<br>HEALY & HEALY, P.C.<br>15 Walnut Street, Suite 400<br>Wellesley Hills, MA 02481<br>(781) 431-0040 | Respectfully Submitted,<br>The Defendants,<br>Virco, Inc., Ryder Truck Rental, Inc.<br>As Trustee of Ryder Truck Rental<br>Lt. and Bobby E. McKunn,<br>By their Attorney,<br><br>_/s/ Clark W. Yudysky_<br>Clark W. Yudysky, BBO # 538210<br>TOOMEY & YUDYSKY LLP<br>99 Summer Street<br>Boston, MA 02110<br>(617) 946-0930 |

Date: 2/5/07

bmd 78437.1 2/5/07