AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT    **District of**    MASSACHUSETTS

ROBERT O'SULLIVAN
        Plaintiff (s),

V.

VIRCO INC., RYDER TRUCK RENTAL, INC.
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 05-CV-10863-GAO

Notice is hereby given that, subject to approval by the court, __ROBERT O'SULLIVAN__ substitutes
(Party (s) Name)

__Thomas F. Healy__, State Bar No. __228000__ as counsel of record in
(Name of New Attorney)

place of __SCOTT D. PETERSON__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
    Firm Name:      HEALY & HEALY, P.C.
    Address:         15 WALNUT STREET, SUITE 400, WELLESLEY HILLS, MA 02481
    Telephone:      (781) 431-0040        Facsimile  (781) 431-0154
    E-Mail (Optional): THEALY@HEALYHEALY.COM

I consent to the above substitution.
Date:   12/12/2007
(Signature of Party (s))

I consent to being substituted.
Date:   12/12/2007
(Signature of Former Attorney (s))

I consent to the above substitution.
Date:   1/4/09
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____     _____
                                          Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**