**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CIVIL ACTION NO. 05-CV-10863-GAO

|  |  |
|---|---|
| ROBERT O'SULLIVAN, <br>     Plaintiff <br><br> VS. <br><br> VIRCO, INC., RYDER TRUCK RENTAL, INC., AS TRUSTEE OF RYDER TRUCK RENTAL LT., and BOBBY E. MCKUNN <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ASSENTED TO MOTION OF THE PLAINTIFF, ROBERT O'SULLIVAN, TO CONTINUE STATUS CONFERENCE

NOW COMES the plaintiff, Robert O'Sullivan, and hereby respectfully moves this Honorable Court to continue the Status Conference scheduled for Monday, March 10, 2008 at 2:00 p.m., to another date as deemed appropriate by the Court.

In support of this Motion, the plaintiff states that his counsel, Thomas F. Healy, Esquire, is on vacation and that the attorney at Healy & Healy, P.C. that was requested to cover this Status Conference on behalf of Thomas F. Healy is now unavailable to do so.

WHEREFORE, the Plaintiff moves this Honorable Court to continue the Status Conference scheduled for March 10, 2008 to **March 24, 2008.**

1

| | |
|---|---|
| Respectfully submitted: | Assented to: |
| The plaintiff,<br>Robert O'Sullivan, | The Defendants,<br>Virco, Inc., Ryder Truck Rental, Inc., as Trustee of Ryder Truck Rental Lt. and Bobby E. McKunn, |
| By his attorney, | By their attorney, |
| /s/ Thomas F. Healy<br>Thomas F. Healy, Esquire<br>BBO #228000<br>HEALY & HEALY, P.C.<br>15 Walnut Street, Suite 400<br>Wellesley Hills, MA 02481<br>(781) 431-0040<br>thealy@healyhealy.com | /s/ Clark W. Yudysky<br>Clark W. Yudysky, Esquire<br>BBO #538210<br>TOOMEY & YUDYSKY, LLP<br>99 Summer Street, Suite 1530<br>Boston, MA 02110<br>(617) 946-0930<br>cyudysky@tyllp.com |

Dated: March 7, 2008