UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-10863-GAO

|  |  |
|---|---|
| ROBERT O'SULLIVAN,<br>    Plaintiff<br><br>VS.<br><br>VIRCO, INC., RYDER TRUCK RENTAL,<br>INC., AS TRUSTEE OF RYDER TRUCK<br>RENTAL LT., and BOBBY E. MCKUNN<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENTED TO MOTION OF THE PLAINTIFF, ROBERT O'SULLIVAN, TO CONTINUE STATUS CONFERENCE

NOW COMES the plaintiff, Robert O'Sullivan, and hereby respectfully moves this Honorable Court to continue the Status Conference scheduled for Monday, March 31, 2008 at 2:00 p.m., to another Monday in April of 2008, as deemed appropriate by the Court.

In support of this Motion, the plaintiff states that his counsel, Thomas F. Healy, Esquire, is unavailable on said date due to a family commitment and coverage counsel is also unavailable on said date.

WHEREFORE, the Plaintiff moves this Honorable Court to continue the Status Conference scheduled for March 31, 2008 at 2:00 p.m. to another Monday in April, 2008.

1

| | |
|---|---|
| Respectfully submitted: | Assented to: |
| The plaintiff,<br>Robert O'Sullivan, | The Defendants,<br>Virco, Inc., Ryder Truck Rental, Inc., as Trustee of Ryder Truck Rental Lt. and Bobby E. McKunn, |
| By his attorney, | By their attorney, |
| /s/ Thomas F. Healy<br>Thomas F. Healy, Esquire<br>BBO #228000<br>HEALY & HEALY, P.C.<br>15 Walnut Street, Suite 400<br>Wellesley Hills, MA 02481<br>(781) 431-0040<br>thealy@healyhealy.com | /s/ Clark W. Yudysky<br>Clark W. Yudysky, Esquire<br>BBO #538210<br>TOOMEY & YUDYSKY, LLP<br>99 Summer Street, Suite 1530<br>Boston, MA 02110<br>(617) 946-0930<br>cyudysky@tyllp.com |

Dated: March 26, 2008