UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT O'SULLIVAN,  )<br>    Plaintiff  )<br>  )<br>VS.  )<br>  )<br>VIRCO, INC., RYDER TRUCK RENTAL,  )<br>INC., AS TRUSTEE OF RYDER TRUCK  )<br>RENTAL LT., and BOBBY E. MCKUNN,  )<br>    Defendants  ) | CIVIL ACTION<br>NO. 05-CV-10863-GAO |

## DEFENDANTS' MOTION TO ENLARGE TIME FOR FILING DISPOSITIVE MOTIONS (ASSENTED TO)

The Defendants, Virco, Inc., Ryder Truck Rental, Inc., as Trustee of Ryder Truck Rental LT and Bobby E. McKunn, hereby move to enlarge the time for filing Dispositive Motions from July 31, 2008 to August 31, 2008 or thirty (30) days from the date Plaintiff's liability expert, Al Clauson's deposition is conducted. As grounds therefore, the Defendants state the following:

1.   On April 28, 2008, a Status Conference was held in this matter before the Honorable George A. O'Toole, Jr. At that time, counsel for the Defendants advised the Court that the Defendants were in the process of conducting depositions of Plaintiff's experts, including Plaintiff's liability trucking expert, Al Clauson. Furthermore, counsel for the Defendants advised the Court that an issue had arisen regarding the location for Mr. Clauson's deposition which Defendants had previously noticed to be conducted at Mr. Clauson's office in Ohio. The Court advised that the deposition may be conducted in Ohio and counsel for the Defendants so advised counsel for the Plaintiff. Finally, the Court entered an Order that Dispositive Motions were to be filed by July 31, 2008.

2.Thereafter, Plaintiff's liability expert, Al Clauson's deposition scheduled for May 14, 2008 at his office in Ohio was continued at the request of Plaintiff's counsel.

3.Subsequently, the Defendant, Virco, Inc. served a Third Re-Notice of Taking Deposition of Plaintiff's liability expert, Al Clauson, at his office in Ohio for July 23, 2008. A copy of said Third Re-Notice of Taking Deposition of Mr. Clauson is attached hereto as Exhibit No. 1.

4.On July 21, 2008, Plaintiff's counsel's office informed counsel for the Defendants that Plaintiff's liability trucking expert, Al Clauson, had suffered a ruptured appendix and was hospitalized. Accordingly, Mr. Clauson's deposition scheduled for July 23, 2008 had to be postponed and counsel for the Defendants is awaiting dates for rescheduling said deposition upon Mr. Clauson's recovery from said medical emergency.

5.Accordingly, the Defendants respectfully request that the time for filing Dispositive Motions in this case be enlarged from July 31, 2008 to August 31, 2008 or thirty (30) days from the date Plaintiff's liability trucking expert, Al Clauson's deposition is conducted in Ohio.

6.Counsel for the Plaintiff has assented to the instant Motion.

WHEREFORE, the Defendants, Virco, Inc., Ryder Truck Rental, Inc., as Trustee of Ryder Truck Rental LT and Bobby E. McKunn, respectfully request that the time for filing Dispositive Motions in this case be enlarged to and including August 31, 2008 or thirty (30) days from the date Plaintiff's liability trucking expert, Al Clauson's deposition is conducted in Ohio.

3

Assented to:  
Respectfully Submitted,  
Robert O'Sullivan,  
By his attorney,

Respectfully Submitted,  
The Defendants,  
Virco, Inc., Ryder Truck Rental, Inc., as Trustee of Ryder Truck Rental LT and Bobby E. McKunn,  
By their Attorney,

/s/ Thomas F. Healy  
Thomas F. Healy, BBO#228000  
HEALY & HEALY, P.C.  
15 Walnut Street, Suite 400  
Wellesley Hills, MA 02481  
(781) 431-0040

/s/ Clark W. Yudysky  
Clark W. Yudysky, BBO # 538210  
TOOMEY & YUDYSKY LLP  
99 Summer Street  
Boston, MA 02110  
(617) 946-0930

Date: July 31, 2008

**CERTIFICATE OF SERVICE**

      I, Clark W. Yudysky, counsel for the Defendants, Virco, Inc., Ryder Truck Rental, Inc., as Trustee of Ryder Truck Rental LT and Bobby E. McKunn, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on <u>July 31, 2008.</u>

Date: <u>July 31, 2008</u>           Attorney: <u>/s/ Clark W. Yudysky</u>

bmd   93220.1   7/30/08

EXHIBIT NO. 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT O'SULLIVAN,<br>    Plaintiff<br><br>VS.<br><br>VIRCO, INC., RYDER TRUCK RENTAL,<br>INC., AS TRUSTEE OF RYDER TRUCK<br>RENTAL LT., and BOBBY E. MCKUNN,<br>    Defendants | CIVIL ACTION<br>NO. 05-CV-10863-GAO |

## THIRD RE-NOTICE OF TAKING DEPOSITION

TO:   Thomas F. Healy, Esquire, HEALY & HEALY, P.C., 15 Walnut Street, Suite 400, Wellesley Hills, MA 02481

Please take notice that at 10:00 a.m. on Wednesday, July 23, 2008, at 5459 Lake Road, Sheffield Lake, Ohio (or other mutually convenient Ohio location), the Defendant, Virco, Inc., by its attorney, will conduct the oral deposition of Mr. Al A. Clauson, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before a Notary Public in and for the State of Ohio, or before some other officer authorized by law to administer oaths.

Mr. Clauson is further required to bring with him to the deposition all documents requested in "Schedule A" attached hereto and incorporated herein by reference.

The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

## SCHEDULE "A"

1. A copy of the deponent's current resume and/or curriculum vitae;

2. Copies of all medical records and/or reports, hospital records and/or reports, pathology materials, radiology films, and CT scans reviewed by the deponent in connection with the formulation of opinions in the above-captioned case;

3. Copies of all medical, scientific or other literature upon which the deponent relied in forming the opinions to which the deponent will testify at the trial of the above-captioned case;

4. Copies of the results and data concerning all tests and/or procedures performed by the deponent in connection with the formulation of opinions in the above-captioned case;

5. Copies of all e-mail and attachments thereto, correspondence, records, literature, and other materials sent to the deponent by counsel for the plaintiff in the above-captioned case;

6. Copies of all billing records, time sheets and/or any other records, information, or documentation concerning time spent on performing any work in connection with your work on this case and any payment received for the same;

7. All reports prepared by you in connection with your work on this case;

8. All notes, memoranda, sketches, calculations, summaries and outlines prepared by or for you in connection with your work on this case;

9. The complete contents of all files assembled or maintained by or for you in connection with your work on this case;

10. All books, reports, specifications, treatises, papers, studies and articles consulted by you in connection with your work on this case;

11. All correspondence from other persons consulting for the plaintiff in this case;

12. All correspondence to other persons consulting for the plaintiff in this case;

13. All witness statements reviewed by you in connection with your work on this case;

14. All deposition transcripts, discovery materials (including, but not limited to, Answers to Interrogatories, Responses to Requests for Production, and all documents and things of a legal nature received from any source) and exhibits reviewed by you in connection with your work on this case; and

15. All documents generated by any of the defendants reviewed by you in connection with your work on this case.

                                      Respectfully Submitted,
                                      The Defendant,
                                      Virco, Inc.,
                                      By its attorney,

                                      Clark W. Yudysky, BBO # 538210
                                      TOOMEY & YUDYSKY LLP
                                      99 Summer Street
                                      Boston, MA 02110
Date: 7/15/08                        (617) 946-0930

## CERTIFICATE OF SERVICE

I, Clark W. Yudysky, counsel for the Defendant, Virco, Inc., do hereby certify that I served a copy of the foregoing **THIRD RE-NOTICE OF TAKING DEPOSITION**, on all parties to this action by mailing a copy of same, postage prepaid, to them or their counsel of record:

                                      Thomas F. Healy, Esquire
                                      HEALY & HEALY, P.C.
                                      15 Walnut Street, Suite 400
                                      Wellesley Hills, MA 02481

Date: 7/15/08                      Attorney: _____

bmd 92768.1  7/14/08

3