**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ROBERT O'SULLIVAN, )<br>    Plaintiff )<br> )<br>VS. )<br> )<br>VIRCO, INC., RYDER TRUCK RENTAL, )<br>INC., AS TRUSTEE OF RYDER TRUCK )<br>RENTAL LT., and BOBBY E. MCKUNN, )<br>    Defendants ) | CIVIL ACTION<br>NO. 05-CV-10863-GAO |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

The Plaintiff, Robert O'Sullivan and the Defendants, Virco, Inc., Ryder Truck Rental, Inc., as Trustee of Ryder Truck Rental LT and Bobby E. McKunn, hereby move to amend the Scheduling Order in this case as follows: enlarge the time for filing Dispositive Motions from August 31, 2008 to September 30, 2008; continue the Pre-Trial Conference in this case from September 11, 2008 to November 6, 2008; and continue the Trial of this matter from September 22, 2008 to November 17, 2008. As grounds therefore, the parties state the following:

1.  On April 28, 2008, a Status Conference was held in this matter before the Honorable George A. O'Toole, Jr. At that time, the Court entered an order that Dispositive Motions were to be filed by July 31, 2008. In addition, the Court entered an Order setting the Final Pre-Trial Conference in this case for September 11, 2008 and a Trial date of September 22, 2008.

2.  On July 31, 2008, the Defendants filed an assented to Motion to Enlarge the Time for Filing Dispositive Motions to August 31, 2008 or thirty (30) days from the date Plaintiff's liability expert, Al Clauson's deposition was conducted.

3. On or about August 1, 2008, the Court allowed the Defendants' Motion to Enlarge Time for Filing Dispositive Motions to August 31, 2008.

4. Plaintiff's liability expert, Al Clauson's deposition was re-noticed for August 14, 2008.

5. Thereafter, Plaintiff's counsel informed counsel for the Defendants that Plaintiff's liability expert, Al Clauson had not sufficiently recovered from his ruptured appendix and hospitalization and was physically unable to appear for and attend his scheduled deposition on August 14, 2008.

6. Accordingly, Mr. Clauson's deposition was postponed and is presently scheduled and confirmed by counsel for the Plaintiff to be conducted on September 10, 2008 at Mr. Clauson's office in Ohio.

7. In addition, Plaintiff's damage experts, Dr. Richard Greenberg and economist Mr. Neville Lee's depositions are expected to be completed in September, 2008.

8. The parties respectfully submit that the additional time will also allow the parties to narrow the issues in dispute and, if the Defendants' dispositive motions are unsuccessful, the parties may consider non-binding mediation of this case in order to resolve it without the necessity of trial.

9. Finally, the parties state that the instant motion is filed in good faith, is not interposed for delay, and is not prejudicial to any party.

10. Accordingly, the parties respectfully request that the time for filing Dispositive Motions in this case be enlarged from August 31, 2008 to September 30, 2008 or thirty (30) days from the date Plaintiff's liability expert, Al Clauson's deposition is conducted in Ohio (presently scheduled for September 10, 2008).

11. In addition, the parties respectfully request that the Final Pre-Trial Conference in this matter be continued from September 11, 2008 to November 6, 2008.

12. Finally, the parties request that the Trial of this matter be continued from September 22, 2008 to November 17, 2008.

WHEREFORE, the Plaintiff, Robert O'Sullivan and the Defendants, Virco, Inc., Ryder Truck Rental, Inc., as Trustee of Ryder Truck Rental LT and Bobby E. McKunn, respectfully request that the Court's Scheduling Order be amended as follows:

1. Dispositive Motions to be filed on or before September 30, 2008 or thirty (30) days from the date Plaintiff's liability trucking expert, Al Clauson's deposition is conducted in Ohio (presently scheduled for September 10, 2008);

2. Final Pre-Trial Conference in this case be continued from September 11, 2008 to November 6, 2008; and

3. The Trial of this matter be continued from September 22, 2008 to November 17, 2008.

| | |
|---|---|
| Respectfully Submitted,<br>The Plaintiff,<br>Robert O'Sullivan,<br>By his attorney, | Respectfully Submitted,<br>The Defendants,<br>Virco, Inc., Ryder Truck Rental,<br>Inc., as Trustee of Ryder Truck<br>Rental LT and Bobby E. McKunn,<br>By their Attorney, |
| /s/ Thomas F. Healy<br>Thomas F. Healy, BBO#228000<br>HEALY & HEALY, P.C.<br>233 Needham Street<br>Newton, MA 02464<br>(781) 431-0040 | /s/ Clark W. Yudysky<br>Clark W. Yudysky, BBO # 538210<br>TOOMEY & YUDYSKY LLP<br>99 Summer Street<br>Boston, MA 02110<br>(617) 946-0930 |

Date: <u>August 28, 2008</u>

**CERTIFICATE OF SERVICE**

      I, Clark W. Yudysky, counsel for the Defendants, Virco, Inc., Ryder Truck Rental, Inc., as Trustee of Ryder Truck Rental LT and Bobby E. McKunn, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 28, 2008.

Date: August 28, 2008                      Attorney: /s/ Clark W. Yudysky

bmd  94004.1  8/28/08