UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-10863-GAO

ROBERT O'SULLIVAN,
    Plaintiff

VS.

VIRCO, INC., RYDER TRUCK RENTAL,
INC., AS TRUSTEE OF RYDER TRUCK
RENTAL LT., and BOBBY E. MCKUNN
    Defendants

## JOINT MOTION FOR RECONSIDERATION
## TO AMEND SCHEDULING ORDER

The plaintiff, Robert O'Sullivan, and the defendants, Virco, Inc., Ryder Truck Rental, Inc., as Trustee of Ryder Truck Rental LT, and Bobby E. McKunn, hereby respectfully request that this Honorable Court reconsider its Order of September 2, 2008 denying a request to amend the existing Scheduling Order.

In support hereof, the parties state that depositions of expert witnesses remain to be taken, that of Richard E. Greenberg, M.D. and Al A. Clauson. Said depositions have not been conducted to date due to health problems of each deponent. Dr. Greenberg has recently completed cancer treatment and Mr. Clauson has been unavailable to be deposed because he incurred peritonitis secondary to a burst appendix.

The parties jointly request that the trial be continued for four to six weeks to a date convenient to the Court in order to take the depositions. The depositions are currently scheduled to be taken in September.

1

WHEREFORE, the parties jointly request that the Scheduling Order be amended as requested.

## REQUEST FOR ORAL ARGUMENT

The plaintiff, Robert O'Sullivan, and the defendants, Virco, Inc., Ryder Truck Rental, Inc. as Trustee of Ryder Truck Rental Lt., and Bobby E. McKunn, respectfully request a hearing on their Motion for Reconsideration, if the Court deems it appropriate to do so. The parties further state that fifteen (15) minutes is sufficient time for all parties to be heard on this Joint Motion, at this Court's convenience.

Respectfully submitted:

| | |
|---|---|
| The plaintiff,<br>Robert O'Sullivan, | The Defendants,<br>Virco, Inc., Ryder Truck Rental,<br>Inc., as Trustee of Ryder Truck<br>Rental Lt. and Bobby E. McKunn, |
| By his attorney, | By their attorney, |
| /s/ Thomas F. Healy<br>Thomas F. Healy, Esquire<br>BBO #228000<br>HEALY & HEALY, P.C.<br>P.O. Box 920356<br>Needham, MA  02492<br>(781) 431-0040<br>thealy@healyhealy.com | /s/ Clark W. Yudysky<br>Clark W. Yudysky, Esquire<br>BBO #538210<br>TOOMEY & YUDYSKY, LLP<br>99 Summer Street, Suite 1530<br>Boston, MA  02110<br>(617) 946-0930<br>cyudysky@tyllp.com |

Dated:  September 5, 2008

2